IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-02101-WYD-BNB

KENNETH RASCON, on behalf of himself and all others similarly situated

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC., and FEDEX HOME DELIVERY, a Division of FedEx Ground Package System, Inc.,

    Defendants.

---

### [PROPOSED] ORDER

---

This matter comes before the Court on the Parties' Joint Motion to Stay Proceedings ("Motion to Stay"). A stay is appropriate to preserve the resources of the parties and the Court and to avoid potentially conflicting orders.

IT IS ORDERED that the Motion to Stay is GRANTED as follows:

(1) The scheduling conference set for December 2, 2008, at 9:00 a.m., is vacated; and

(2) Except for those proceedings associated with Plaintiff's pending motion to remand, all proceedings in this action, including deadlines associated with Colo. Rev. Stat. Section 13-21-111.5, are stayed pending further order of the Court.

Dated this 25th day of November, 2008

BY THE COURT

_Boyd N. Boland_
**BOYD N. BOLAND**
**United States Magistrate Judge**